ROTARY SHIRT COMPANY, INC., Respondent, v. ADOLF GLUCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.